UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY FLORES, | Case No. EDCV 24-1147-KK-DTBx |
| Plaintiff, | |
| v. | JUDGMENT |
| CONCRETE ADDICTS INC., | |
| Defendant(s). | |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ADJUDGED that judgment is entered in favor of plaintiff Ricky Flores ("Plaintiff") against defendant Concrete Addicts Inc. ("Defendant").

Pursuant to this Judgment, Defendant is ORDERED to pay Plaintiff damages in the amount of $16,463.50 from the date of entry of judgment in this action.  (JS-6)

Dated: February 13, 2025

HONORABLE KENLY KIYA KATO
United States District Judge